UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ARTHUR LAWRENCE STEIMLA,

       Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Possession of Child Pornography

On or about October 6, 2025, in Calhoun County, in the Southern Division of the Western District of Michigan,

### ARTHUR LAWRENCE STEIMLA

knowingly possessed images of child pornography that involved prepubescent minors. Such images were produced using materials which had been shipped and transported in interstate or foreign commerce, including but not limited to, a 256GB SanDisk thumb drive, which was manufactured outside the State of Michigan.

**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2256(8)(A)**

## FORFEITURE ALLEGATION
### (Possession of Child Pornography)

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of the offense in violation of 18 U.S.C. § 2252A,

### ARTHUR LAWRENCE STEIMLA

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following:

PERSONAL PROPERTY:

1. HP Simple Save hard drive, Model HP SD320a, S/N WX81A7095716,
2. Three (3) SanDisk thumb drives:
    a. 256 GB BQ220657955W,
    b. 16 GB X-Box 360,
    c. 16 GB X-Box 360,
3. Samsung Cell Phone- 128GB, Model SM-A366U,
4. WD My Passport Ultra hard drive- S/N WX51A462PDDS,
5. WD My Passport hard drive SDD- S/N 24038Y401514,
6. WD My Passport Ultra HD,
7. Samsung tablet,

8. Samsung tablet black, IMEI 354274904451237,
9. Samsung cellular telephone,
10. Onn tablet (S/N 2980PU2205Z16082),
11. Black Samsung tablet- R52J413SB6V,
12. Dragon Touch tablet, Model A1X Plus,
13. Black Samsung cell phone,
14. Black ATMPC tablet,
15. Kindle Model M8826G,
16. Black Amazon Fire Tablet PQ94WIF,
17. Blackberry cell phone (black), ZTE Model Z432, and
18. Packard Bell tablet ModelM10400, 16GB.

**18 U.S.C. § 2253**
**18 U.S.C. § 2252A**

## **PRIOR CONVICTION**

At the time of the illegal act alleged in this Indictment, the defendant, ARTHUR LAWRENCE STEIMLA, had a prior conviction under Chapter 110 of Title 18 of the United States Code.

Specifically, on August 20, 2010, ARTHUR LAWRENCE STEIMLA, in the Western District of Michigan (case number 1:09-CR-327), was convicted of distribution of child pornography in violation of Title 18 United States Code, § 2252A(a)(2)(A).

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney